IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

```
------------------------------------------    :
UNITED STATES OF AMERICA                      :
                                              : CASE NO.   5:05 CR 131
                                   Plaintiff  :
                                              :
           -vs-                               :
                                              :
CLEMENT STRATMAN, III                         : ORDER ACCEPTING PLEA AGREEMENT
                                              : AND JUDGMENT AND NOTICE OF
                                   Defendant  : HEARING
------------------------------------------    :
```

UNITED STATES DISTRICT JUDGE LESLEY WELLS

This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge William H. Baughman, Jr. regarding the change of plea hearing and plea agreement of Clement Stratman, III which was referred to the Magistrate Judge with the consent of the parties.

On 16 March 2005, the government filed a five-count indictment against Clement Stratman, III for conspiracy to possess with the intent to distribute and distribution of a controlled substance in violation of 21 U.S.C. § 846, 21 U.S.C. § 841(a)(1), 21 U.S.C. § 841(b)(1)(A), § 841(b)(1)(C), and 18 U.S.C. § 2.  On 14 April 2005, a hearing was held in which Clement Stratman, III entered a plea of not guilty before Magistrate Judge James S. Gallas.  On 2 October 2006, Magistrate Judge Baughman received Clement Stratman, III's plea of guilty and issued a Report and Recommendation

("R&R") concerning whether the plea should be accepted and a finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the ten days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted. Clement Stratman, III is found to be competent to enter a plea. He understands his constitutional rights. He is aware of the charges and of the consequences of entering a plea. There is an adequate factual basis for the plea. The Court finds the plea was entered knowingly, intelligently, and voluntarily. The plea agreement is approved.

Therefore, Clement Stratman, III is adjudged guilty of Counts One, Twenty and Twenty-Three in violation of 21 U.S.C. § 846, 21 U.S.C. § 841(a)(1), 21 U.S.C. § 841(b)(1)(A), and 18 U.S.C. § 2.

Sentencing will be:

>**30 January 2007 at 9:00 a.m.**
>
>**Courtroom 19-A**
>**19th Floor the United States District Court**
>**Carl B. Stokes United States Court House**
>**801 West Superior Avenue**
>**Cleveland, Ohio 44113**

IT IS SO ORDERED.

/s/Lesley Wells
UNITED STATES DISTRICT JUDGE

Dated: 2 November 2006

2